IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RAMON JAQUEZ, on behalf of himself and all others similarly situated,

        Plaintiff,

-v-

PLAYMONSTER LLC,

        Defendant.

Civil Case Number: 1:21-cv-02473-GBD

## [PROPOSED] DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' August 23, 2021, Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:21-cv-02473-GBD**, are dismissed with prejudice, and without costs or attorneys' fees against any party.

SO ORDERED THIS 24 day of August 2021.

AUG 2 4 2021

_____
HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE